IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | CASE NUMBER: 21-mj-7121-MAB |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JAYKUMAR PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

**CRIMINAL COMPLAINT (FILED UNDER SEAL)**

I, Patrick J. Bennett, the undersigned complainant being duly sworn, state the following is true and correct to the best of my knowledge and belief:

**COUNT 1**

**CONSPIRACY TO COMMIT MAIL FRAUD – 18 U.S.C. § 1349**

1. From on or about June 21, 2021 to on or about June 29, 2021, in Madison County, Illinois, within the Southern District of Illinois, and elsewhere, defendant,

**JAYKUMAR PATEL,**

knowingly conspired and agreed with others known and unknown to commit an offense against the United States in violation of 18 U.S.C. § 1341, namely to devise and participate in a scheme and artifice to defraud and to obtain money by means of false and fraudulent pretenses, representations, and promises, and for the purpose of executing the scheme, and attempting so to do, caused an envelope containing cash money to be sent and delivered by a private or commercial interstate carrier. This scheme and conspiracy are further described in the attached affidavit, which is incorporated herein.

# AFFIDAVIT

I further state:

1. The victim, E.R., an elderly resident of Alton, Illinois, reported to police that E.R. received a phone call from a male subject giving the name "Michael Weston" on or about June 21, 2021. "Weston" said he worked for law enforcement. He told E.R. that E.R.'s identity had been stolen and instructed E.R. to send $30,000 cash by Fedex to an address in St. Petersburg, Florida to fix it. Based on my training and experience, this was false. No legitimate law enforcement officer would make such a request.

2. E.R. withdrew what E.R. believed to be $30,000 in cash.

3. E.R. placed the money in a FedEx envelope and sent it by FedEx from the following location:

Office Depot
303 E. Homer Adams Parkway,
Alton, IL 62002

Following instructions from "Weston," E.R. placed the money between the pages of a magazine to disguise it.

4. E.R. sent the FedEx envelope containing the money to an address given to E.R. by "Weston." The address was:

Chris White
3851 4th Street North
St. Petersburg, FL 33703

A Walgreens store is located at this address.

5. E.R. continued talking with "Weston." "Weston" convinced E.R. that he could triple E.R.'s money if E.R. gave him $40,000 in cash. He told E.R. a "detective" from Chicago would come down and collect the money from E.R. And he told E.R. the IRS would send the

money back. Based on my training and experience, this too was a fraud scheme. "Weston" simply intended to steal E.R.'s money. No legitimate law enforcement officer would ask a victim for $40,000 cash, nor is law enforcement in the business of tripling investments.

6. On or about June 23, 2021, E.R. withdrew $40,000 in cash. E.R. agreed to go to a gas station in Alton, Illinois to transfer the money in person. E.R. was told there would be a white car waiting there and to put the money in the trunk. When E.R. arrived at the gas station, E.R. saw a white car. E.R. observed the driver open the trunk of the car then go inside the store. E.R. put the $40,000 into the trunk of the white car, then left the area.

7. E.R. continued to talk with "Weston." "Weston" asked her how much money she had left. E.R. told "Weston" the amount but explained she needed to keep $1,500 to pay her bills. "Weston" told E.R. to send whatever money E.R. had left after keeping the $1,500. On or about June 24, 2021, E.R. again went to the Office Depot at 303 E. Homer Adams Parkway, Alton, Illinois 62002. This time, E.R. sent a FedEx parcel containing $9,413 to:

    Alexandru Lon
    10708 M St.
    Omaha, Nebraska 68127

A Travel Inn hotel is located at this address. On or about June 25, 2021, the parcel was signed for by a "N. Patel."

8. On or about June 25, 2021, E.R. contacted law enforcement and told them about these interactions.

9. Law enforcement then intercepted the first parcel at the Walgreens store at 3851 4th Street North, St. Petersburg, FL 33703. The parcel contained approximately $29,000 in cash.

10. On or about June 29, 2021, the Defendant, who later identified himself as JAYKUMAR PATEL, arrived at the Walgreens store at 3851 4th Street North, St. Petersburg, FL 33703. Defendant said he was picking up a package for a friend named "Chris White." Defendant presented a counterfeit Florida driver's license bearing the name "James Carry Anderson" to a store employee.

11. Defendant was taken into custody while attempting to leave the store. Two counterfeit Florida driver's licenses bearing the name "James Carry Anderson" were found on his person. What appeared to be a United Kingdom driver's license was also found on his person, bearing the name "JayKumar Jitendra Patel." Debit cards containing the name "Jay Patel" were also found on his person. Defendant initially identified himself to law enforcement as "James Anderson," but later stated his name was actually Jaykumar Patel.

12. Defendant consented in writing to a search of his cellphone.

13. On Defendant's cellphone, law enforcement found a message sent to Defendant saying, "Alton, IL 62002, 40K." This appears to be a reference to E.R.'s second transfer of $40,000 cash at a gas station in Alton, Illinois. On or about June 22, 2021, Defendant replied to the message with a screen shot showing a planned route between Chicago, Illinois and Alton, Illinois.

14. Defendant is in the United States on a visa waiver that expired July 7, 2021.

15. Law enforcement has connected Defendant to at least ten other victims who sent similar packages to Florida addresses between June 21, 2021 and June 29, 2021. Those packages contained at least an additional $200,000.

16. Based on the foregoing, I aver there is probable cause to believe that PATEL

committed the offense set forth in Count 1 of this Complaint.

FURTHER AFFIANT SAYETH NAUGHT.

                                           PATRICK J. BENNETT,
                                           FBI Task Force Officer
                                           Alton Police Department

PETER T. REED
Assistant United States Attorney

Subscribed and sworn to before me this  8th  day of July, 2021, at East St. Louis, Illinois.

                                           MARK A. BEATTY
                                           United States Magistrate Judge