IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:21-cr-30118-DWD |
| | ) | |
| JAYKUMAR PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION TO QUASH WARRANT AND FOR A SUMMONS TO ISSUE**

The United States of America, through its attorneys, Steven D. Weinhoeft, United States Attorney

for the Southern District of Illinois, and Peter T. Reed, Assistant United States Attorney, states as

follows:

1.      On August 3, 2021, the Grand Jury issued an indictment for Defendant Jaykumar

Patel.  Doc. 8.

2.      On August 4, 2021, a warrant was issued for the Defendant.  Doc. 11.

3.      Defendant previously had a detention hearing in the Central District of Florida on

the complaint in this case and has been released with bond conditions.  Doc. 4.

4.      Defendant currently resides in Florida.

5.      Defendant's initial appearance and arraignment are set for August 9, 2021 at 11:00

AM by Zoom video conference.

6.      Because Defendant has agreed through counsel to appear by Zoom for arraignment,

and because he has already had a detention hearing, an arrest warrant is not necessary.

WHEREFORE, the United States respectfully moves for an order quashing the warrant and

issuing a summons for Defendant Patel.

DATED: August 6, 2021

1

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

s/ *Peter T. Reed*
PETER T. REED
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL 62208
Phone: (618) 628-3700
E-mail: Peter.Reed@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CRIMINAL NO. 3:21-cr-30118-DWD |
| | ) | |
| JAYKUMAR PATEL, | ) | |
| | ) | |
| Defendant. | ) | |

**Certificate of Service**

I hereby certify that on August 6, 2021, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

Respectfully submitted,

STEVEN D. WEINHOEFT
United States Attorney

s/ *Peter T. Reed*

PETER T. REED
Assistant United States Attorney
Nine Executive Drive
Fairview Heights, IL  62208
(618) 628-3700
Fax: (618) 618-3730
E-mail:  Peter.Reed@usdoj.gov